IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RYAN WILLIAM PERICH,<br><br>                Defendant. | 4:14CR3014<br><br>MEMORANDUM AND ORDER |

The defendant, Ryan William Perich, has orally requested a cancellation of his Motion Hearing and the setting of a Status Conference. The government agrees to this request.

Accordingly,

IT IS ORDERED:

1) The defendant's request to cancel the Motion Hearing set for August 25, 2014 at 9:00 a.m. is granted.

2) The defendant's request to set a Status Conference is granted. The Status Conference is set before Magistrate Judge Zwart on September 11, 2014, at 1:00 p.m., by telephone. The government shall place the call.

5) The ends of justice served by granting defendant's request to cancel the motion hearing and set a status conference outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date and the status conference shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

August 18, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge